### Commonwealth *v.* Hamlin, Appellant.

Submitted November 10, 1969. *Clarence Hamlin,* appellant, in propria persona; *Paul M. Petro* and *George E. Anthou,* Assistant District Attorneys, and *Jess D. Costa,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

HOFFMAN, J., absent.